UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JASEMINE GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-298 |
| | ) | |
| STERLING CREDIT CORP. and | ) | |
| ASSOCIATE ASSET RECOVERY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the parties' Rule 26(f) Report. Doc. 14. The District Judge requires that parties structure discovery in four sequential stages. *Id.* at 6. This sequence is clearly articulated in Section IV of the required Rule 26(f) Report form, as is the instruction:

> **Unless the parties show good cause to proceed otherwise, the parties <u>must</u> propose discovery deadlines that follow this sequential course. In other words, absent a specific showing of good cause, the parties should not propose one deadline to accomplish all discovery measures. Rather, the parties must propose sequential deadlines by which they shall successively accomplish each of the above four areas of discovery.**

*Id.* In the section of the form provided for the parties to state the cause

1

for any deviation from the required sequence, the parties answered, "Not applicable." *Id.*

Despite the clear instructions from the Court, the discovery schedule proposed does not conform to the required sequence, and the parties have failed to show good cause for their deviation. Specifically, the parties propose the same deadline for fact-based written discovery and for depositions of non-expert witnesses. Doc. 14 at 7-8. To be clear, it is the Court's expectation that the parties will set sequential deadlines which will allow them to 1) *first* complete all fact-based written discovery, inspections and examinations; 2) *then* to conduct the depositions of non-expert witnesses; 3) *then* to provide expert disclosures; and 4) *then* to conduct expert witness depositions. Each stage of discovery should be completed before proceeding to the next. To the extent the parties wish to deviate from this sequence, they must show good cause in their renewed Rule 26(f) Report.

The parties are **DIRECTED** to file a revised Rule 26(f) Report no later than January 11, 2024.  Finally, the parties' initial Rule 26(f) Report is **TERMINATED**.  Doc. 14.

**SO ORDERED**, this 5th day of January, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA