**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

JASEMINE GLENN,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )          CV423-298
                                         )
STERLING CREDIT CORP., and               )
ASSOCIATES ASSET                         )
RECOVERY, LLC,                           )
                                         )
            Defendants.                  )

## ORDER

On July 29, 2024, the Court stayed this matter pursuant to 11 U.S.C. § 362 pending resolution of Defendant Sterling Credit Corp.'s ("Sterling") Chapter 11 bankruptcy petition. Doc. 20. At the Court's direction, doc. 21, Plaintiff and Defendant Associates Asset Recovery provided a status report, without Sterling's input, indicating that: 1) Sterling's bankruptcy was closed on March 17, 2026, 2) the Trustee filed a Motion to Reopen Sterling's bankruptcy on April 2, 2026, and 3) Plaintiff seeks the reopening of this case so that she can drop her claims

against Sterling in order to pursue her claims against Associates Asset Recovery, LLC.  Doc. 22.

Since Sterling's bankruptcy case has closed, the automatic stay is lifted and will not be revived even if the Trustee's motion is granted.  11 U.S.C.A. § 362(c)(2)(A); *see also In re Burke*, 198 B.R. 412, 416 (Bankr. S.D. Ga. 1996) ("[T]he [Bankruptcy] Code does not reinstate the automatic stay once it has terminated. . . . Reopening does not impose the stay of § 362(a).").  Therefore, the Clerk is **DIRECTED** to lift the stay in this case.  No later than May 27, 2026, all parties are **DIRECTED** to confer and submit a renewed Rule 26(f) Report identifying what discovery was completed prior to the stay and proposing dates for the remainder of these proceedings.

**SO ORDERED**, this 14th day of May, 2026.

_____

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA